UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVARADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCHOLLE IPN PACKAGING, INC., et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01673-AWI-SKO<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST<br><br>(Doc. 8) |

Plaintiffs filed this case on October 24, 2019, in Merced County Superior Court. (Doc. 1.) On November 27, 2019, Defendants Scholle IPN Packaging, Inc. and Scholle IPN Corporation removed the case to this court. (*Id.*) On December 4, 2019, Defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 6.) Plaintiffs then filed a first amended complaint ("FAC"), pursuant to Rule 15(a)(1)(B), on December 20, 2019. (Doc. 7.) The parties filed a stipulation on December 31, 2019, requesting that the Court extend Defendants deadline to respond to the FAC to January 17, 2020. (Doc. 8.)

Pursuant to the parties' stipulation, (Doc. 8), for good cause shown, the Court GRANTS the parties' request. Defendants Scholle IPN Packaging, Inc. and Scholle IPN Corporation shall respond to the FAC by no later than January 17, 2020.

IT IS SO ORDERED.

Dated:　**January 2, 2020**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE