# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL ALVARADO, individual and on behalf of other members of the general public similarly situated, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**SCHOLLE IPN PACKAGING, INC., et al.,**<br><br>**Defendants** | CASE NO. 1:19-CV-1673 AWI SKO<br><br>**ORDER VACATING HEARING AND DENYING MOTION TO DISMISS AS MOOT**<br><br>(Doc. No. 6) |

On December 4, 2019, Defendant filed a combination Rule 12(b)(6) and Rule 12(f) motion to dismiss or strike. See Doc. No. 6. Hearing on this motion is set for January 13, 2020. On December 20, 2019, Plaintiffs filed a first amended complaint. See Doc. No. 7.

Federal Rule of Civil Procedure 15 governs amended pleadings. In pertinent part, Rule 15(a) reads: "A party may amend its pleading once as a matter of course within . . ., if the pleading is one to which a responsive pleading is required, 21 days after service of the responsive pleading or 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1)(B). A properly filed "amended complaint supersedes the original [complaint], the latter being treated thereafter as non-existent." Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 20015); Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

Here, Plaintiffs' amended complaint is timely under Rule 15(a)(1)(B) since it was filed within 21 days of the motion to dismiss. Defendants' motion now attacks a complaint that is no longer operative. Ramirez, 806 F.3d at 1008. Therefore, the hearing on Defendant's motion to dismiss will be vacated and the motion will be denied as moot. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 13, 2020, hearing is VACATED; and
2. Defendants' Rule 12 motion (Doc. No. 6) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: January 7, 2020

_____
SENIOR DISTRICT JUDGE